UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SEKANDER BADSHA and MOHAMMAD BUTT, on behalf of themselves and all other persons similarly situated,

                    Plaintiffs,

-against-

FOOD CRAFT, INC., d/b/a WORLD FAIR MARINA RESTAURANT, SWARAN SINGH, VEENA BHATARA, PANKAJ BHATARA and JOHN DOES #1-10,

                    Defendants.
---------------------------------------------------------------X

Docket No.: 11-cv-1230 (CBA)(RLM)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE PURSUANT TO RULE 41(a)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice pursuant to Rule 41(a) of the F.R.C.P., without costs to either party as against the other.

As per the Order of the Honorable Judge Mann, the Clerk is directed to close this case.

Dated: Mineola, New York, February 13th, 2012

_____
David Stein (DS2119)
Samuel & Stein
Attorneys for the Plaintiffs

Date: Feb. 13, 2012
38 West 32nd Street, Suite 1110
New York, NY 10001
(212) 563-9884

_____
Michael A. Miranda (MAM6413)
Gerald C. Waters, Jr. (GW4328)
Miranda Sambursky Slone
Sklarin Verveniotis LLP
Attorneys for the Defendants

Date: 2/13/12
240 Mineola Blvd.
Mineola, NY 11501
(516) 741-7676

SO ORDERED: s/CBA _____

DATE: 2-27-12